

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAQUALA CHERIEE ARRINGTON, | § | No. 08-19-00165-CR |
| Appellant, | § | Appeal from the |
| v. | § | 142nd District Court |
| THE STATE OF TEXAS, | § | of Midland County, Texas |
| Appellee. | § | (TC# CR49794) |
| | § | |

**MEMORANDUM OPINION**

Appellant Jaquala Cheriee Arrington has filed a motion to voluntarily dismiss her own appeal, stating that she no longer wishes to proceed with her appeal.[1] The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases).

GINA M. PALAFOX, Justice

November 22, 2019

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)

---

[1] We hear this case on transfer from the Eleventh Court of Appeals.